**WO**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**RICARDO RAMIREZ-GONZALEZ,**<br>Defendant. | MAGISTRATE NO. 05-6316M<br><br>ORDER RE: EXTENDING TIME TO INDICT |

HAVING considered Defendant, RICARDO RAMIREZ-GONZALEZ'S, Motion to Extend Time to Indict, and good cause having been shown;

THE COURT makes the following findings:

1. Counsel for defendant has only recently been appointed;

2. Defendant requests the opportunity to consider the plea offer extended by the government;

3. Defendant wishes to investigate possible defenses prior to considering the government's plea offer;

4. The government's plea offer, if accepted by the defendant and then by the court, would likely reduce defendant's exposure to a significant term of imprisonment;

5. If the defendant does not timely accept the plea offer prior to the indictment, the government will withdraw their offer and any subsequent plea offer after indictment would likely be less advantageous to the defendant;

6. Failure to extend time for indictment in this instance would operate to bar defendant from reviewing the government's plea offer in a meaningful way prior to indictment; and,

7. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy indictment.

IT IS HEREBY ORDERED that defendant's Motion to Extend Time for Indictment requesting an extension of thirty (30) days within which the government may seek to indict defendant, is hereby granted.

IT IS FURTHER ORDERED excluding thirty (30) days for Speedy Indictment purposes. Excluded delay under 18 U.S.C. §3161(h)(8) is found to commence on January 13, 2006, for a total of thirty (30) days, allowing for a total of sixty (60) days after arrest to file an indictment.

DATED this 11th day of January, 2006.

Lawrence O. Anderson
United States Magistrate Judge